IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00324-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRONE POWELL,
a/k/a "Gold T,"

    Defendant.

## ORDER SETTING TRIAL DATE

This matter is before the Court upon a review of the file. To ensure that all pre-trial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **September 1, 2006** and responses to these motions shall be filed by **September 8, 2006**. It is

FURTHER ORDERED that a one-hour hearing on all pending non-evidentiary motions, if any, and Final Trial Preparation Conference is set for **Friday, October 6, 2006 at 10:00 a.m.** If counsel believe evidentiary motions are necessary, a separate hearing date should be requested by motion. It is

FURTHER ORDERED that a two-day jury trial is set for **October 16, 2006 at 1:30 p.m.**

DATED:  August 14, 2006        BY THE COURT:

*s: Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge