IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00324-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRONE POWELL,
a/k/a "Gold T,"

    Defendant.

---

## ORDER RE MOTION TO SUPPRESS

---

    This matter is before the Court on Defendant's Motion to Suppress Evidence and Statements (Dkt. # 13).  The government is DIRECTED to respond to this motion no later than **5:00 p.m. Friday, September 15, 2006.**  It is

    FURTHER ORDERED that a hearing on this motion has been SET for **Thursday, September 21, 2006, at 9:30 a.m.**

    DATED:  September 6, 2006

                                       BY THE COURT:

                                       *s/ Phillip S. Figa*
                                       _____
                                       Phillip S. Figa
                                       United States District Judge