IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00324-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRONE POWELL,
a/k/a "Gold T,"

    Defendant.

## ORDER TO CONTINUE MOTION HEARING

Defendant's unopposed Motion for 30-Day Continuance of Motions Hearing (Dkt. # 16) is GRANTED. The Court ORDERS that the motion hearing set for September 21, 2006 is hereby CONTINUED to **Tuesday, October 24, 2006 at 9:30 a.m.**

In light of the motion to continue, IT IS FURTHER ORDERED that the final trial preparation conference set for October 6, 2006 and the two-day jury trial set to commence October 16, 2006 are VACATED. If necessary, a new trial date will be set at the October 24th hearing.

    DATED: September 20, 2006

                                        BY THE COURT:

                                        *s/ Phillip S. Figa*

                                        _____
                                        Phillip S. Figa
                                        United States District Judge