IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00324-PSF

UNITED STATES OF AMERICA,

     Plaintiff,

v.

TYRONE POWELL,
a/k/a "Gold T,"

     Defendant.

---

## ORDER TO CONTINUE MOTION HEARING

---

This matter is before the Court on the Government's Motion to Continue Suppression Hearing (Dkt. # 19) and the Defendant's Stipulation to Government's Motion to Continue Suppression Hearing (Dkt. # 20). The Court hereby GRANTS the motion to continue and ORDERS that the suppression hearing currently set for October 24, 2006 at 9:30 a.m. is CONTINUED to **Thursday, November 30, 2006 at 9:00 a.m.**

DATED: October 23, 2006

BY THE COURT:

*s/ Phillip S. Figa*

_____
Phillip S. Figa
United States District Judge