IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Criminal Action No. 06-cr-00324-PSF

UNITED STATES OF AMERICA,

    Plaintiff,

v.

TYRONE POWELL,
a/k/a "Gold T,"

    Defendant.

---

## ORDER RESETTING SENTENCING
---

This matter is before the Court *sua sponte*. The Court hereby ORDERS that the sentencing with regard to Defendant Powell currently set for February 23, 2007 is RESET to **Thursday, February 22, 2007 at 9:00 a.m.**

    DATED:  January 26, 2007

                                      BY THE COURT:

                                      *s/ Phillip S. Figa*

                                      _____
                                      Phillip S. Figa
                                      United States District Judge