IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
SENIOR JUDGE JOHN L. KANE

Courtroom Deputy: LaDonne Bush  Date: July 14, 2009
Court Reporter: Kara Spitler
Probation Officer: Laura Ansart

Criminal Action No. 06-cr-00324-JLK

*Parties:*  *Counsel:*

UNITED STATES OF AMERICA,  Mark J. Barrett

    Plaintiff,

v.

1.  TYRONE POWELL,  Anthony Viorst

    Defendant.

## COURTROOM MINUTES

3:22 p.m.  Court in session.

Defendant present.

Government confesses the Motion for Sentence Relief Pursuant to 18 U.S.C. § 3582(c)(2).

**ORDERED**: Defendant's Motion for Sentence Relief Pursuant to 18 U.S.C. § 3582(c)(2) (Doc. 38) is granted as confessed.

**ORDERED**: Defendant is resentenced to 46 months which results in a sentence of time served.  Sentence is stayed for 10 days.

**ORDERED**: As a condition of supervised release, Defendant shall reside in a residential reentry center for a period of up to six months, to commence upon release from the Bureau of Prisons.  Defendant shall observe the rules of that residential reentry center.

3:26 p.m.      Court in recess.

Hearing concluded.
Time: 00:04