AO 247 (02/08)  Order Regarding Motion for Sentence Reduction

# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| TYRONE POWELL ) | Case No: 06-cr-00324-JLK-01 |
| ) | USM No: 34381-013 |
| Date of Previous Judgment: February 22, 2007 ) | Anthony Viorst |
| (Use Date of Last Amended Judgment if Applicable) ) | Defendant's Attorney |

**Order and Amended Judgment Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  [X] the defendant  [ ] the Director of the Bureau of Prisons  [ ] the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  [ ] DENIED.   [X] GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of 57 months **is reduced to** 46 months, resulting in a sentence of time served. It is further ordered that execution of the sentence is stayed for ten (10) days after entry of this judgment.

**I. COURT DETERMINATION OF GUIDELINE RANGE** (Prior to Any Departures)

| | | | |
|---|---|---|---|
| Previous Offense Level: | 21 | Amended Offense Level: | 19 |
| Criminal History Category: | IV | Criminal History Category: | IV |
| Previous Guideline Range: | 57 to 71 months | Amended Guideline Range: | 46 to 57 months |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
[X] The reduced sentence is within the amended guideline range.
[ ] The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
[ ] Other (explain):

**III. ADDITIONAL COMMENTS**

As a condition of supervised release, the defendant shall reside in a residential reentry center (RRC) for a period of up to six (6) months, to commence upon his release from the Bureau of Prisons. The defendant's probation officer can authorize his release from the RRC after he secures an approved residence. The defendant shall observe the rules of that facility.

Except as provided above, all provisions of the judgment dated    February 22, 2007, shall remain in effect.
**IT IS SO ORDERED.**

Order Date: July 14, 2009

*s/John L. Kane*
Judge's signature

Effective Date: July 24, 2009
(if different from order date)

John L. Kane, Senior U.S. District Court Judge
Printed name and title